UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCOS ANTONIO CORTEZ,<br><br>Defendant. | Case No. 1:19-cr-00384-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant's unopposed Motion to Proceed to Sentencing Without Preparing a New Presentence Investigation Report (Dkt. 20). For the reasons explained below, the Court will deny the motion.

# DISCUSSION

Defendant Marcos Cortez pleaded guilty to one count of escape on January 16, 2020. Sentencing is scheduled for April 14, 2020. Mr. Cortez asks the Court to dispense with this schedule and to sentence him without a new Presentence Investigation Report (PSR).

Under Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, the Court may dispense with a presentence investigation report if it "finds that the information in the record enables it to meaningfully exercise its sentencing

authority under 18 U.S.C. § 3553, and the Court explains its finding on the record." Defendant says a new PSR is unnecessary because the Court already has all the information it needs to sentence him. Specifically, defendant points out that in January 2016, Judge Lodge sentenced him to 60 months' incarceration. He was charged with escape in November 2019, after having left a half-way house while still serving his 60-month sentence. Defendant argues that the 2016 PSR is sufficient in this case because he has not been convicted of any new crime in the intervening period, and the only new information is that (1) he succumbed to a longstanding addition, and (2) he otherwise performed "splendidly in BOP custody." *See* Dkt. 20, at 6.

After having considered this argument, as well as the others put forth in the motion, the Court is not inclined to dispense with an updated PSR. Preparing such a report should not take a significant amount of time; after all, the probation officer will be able to start with the information contained in the 2016 report. And the Court would prefer to have the probation officer's view of the current situation – not just the defendant's – as well as an updated recommendation.

# ORDER

**IT IS ORDERED that** Defendant's Motion to Proceed to Sentencing Without Preparing a New Presentence Investigation Report (Dkt. 20) is **DENIED**.

DATED: February 10, 2020

B. Lynn Winmill
U.S. District Court Judge